**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6684**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ARTHUR MCKINLEY WATSON, a/k/a Red,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, District Judge. (CR-94-139)

———————

Submitted: February 24, 2000        Decided: March 1, 2000

———————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur McKinley Watson, Appellant Pro Se. Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur McKinley Watson appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b)(4), to vacate his criminal conviction. We have reviewed the record and the district court's opinion and find no reversible error. Watson improperly invoked the Federal Rules of Civil Procedure to collaterally attack a judgment previously entered in a completed and affirmed criminal prosecution. Accordingly, we grant Watson leave to proceed in forma pauperis and affirm on the reasoning of the district court. See United States v. Watson, No. CR-94-139 (M.D.N.C. Apr. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2